## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DAVID HATCHIGIAN,<br><br>Petitioner<br><br>v.<br><br><br>PECO/EXELON AND MUNICIPAL<br>INSPECTION CORPORATION,<br><br>Respondents | : No. 442 EAL 2019<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.